# POWLEY|GIBSON

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11|20|2019
```

Suzanna M. M. Morales
Of Counsel
smmorales@powleygibson.com

**MEMO ENDORSED**

November 19, 2019

**VIA ECF**

Hon. Denise Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

*The defendant must be served promptly. The conference is adjourned to 1/3/20 at 10:00 a.m.*

*Denise Cote*
*11/20/19*

Re:  *GreenSlate Holdings LLC v. Greenslate Commercial Services, LLC*
(Case No. 19cv8972 (DLC))

Your Honor:

    We represent Plaintiff GreenSlate Holdings LLC ("Plaintiff") in the above-referenced matter. We write with regard to the Amended Notice of Initial Pretrial Conference ("Notice") (Dkt. 7), in order to respectfully request adjournment of the initial pretrial conference scheduled for November 22, 2019 at 9:30 A.M.

    This is the first request for adjournment. Defendant Greenslate Commercial Services, LLC ("Defendant") consents to the adjournment. Plaintiff has not yet served the complaint to Defendant. Despite diligent attempts to contact Defendant, Plaintiff has only this week been able to communicate with Defendant. Plaintiff is not aware of the identity of counsel for Defendant. We provided a copy of the complaint to Defendant by UPS to Defendant's registered address immediately after the complaint was filed in an attempt to resolve the matter amicably, but have not yet received a substantive response. As directed by the Notice, Plaintiff's counsel also attempted to send a copy of the Notice to Defendant's registered address via UPS, which was returned to Plaintiff after four unsuccessful delivery attempts. Further, an email to the address listed on Defendant's website was returned as undeliverable. Finally this week, we have had preliminary contact with Defendant by telephone.

    Plaintiff respectfully requests adjournment until such time as Plaintiff is able to effect service and further communicate with Defendant regarding the matter. Plaintiff is available Friday, December 20; Friday, January 3; or Friday, January 10.

POWLEY|GIBSON

Please do not hesitate to contact Plaintiff's undersigned counsel with any questions.

Respectfully submitted,

Suzanna M. M. Morales