```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
GREENSLATE HOLDINGS LLC,               :       19cv8972 (DLC)
                        Plaintiff,     :
            -v-                        :       ORDER OF
                                       :       DISCONTINUANCE
GREENSLATE COMMERCIAL SERVICES, LLC,   :
                                       :
                        Defendant.     :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **February 3, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

IT IS FURTHER ORDERED that the January 3, 2020 conference is adjourned sine die.

Dated:   New York, New York
         January 2, 2020

                                  _____
                                          DENISE COTE
                                    United States District Judge