UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
GREENSLATE HOLDINGS LLC,              :    19cv8972 (DLC)
                 Plaintiff,           :
           -v-                        :    ORDER
                                      :
GREENSLATE COMMERCIAL SERVICES, LLC,  :
                                      :
                 Defendant.           :
                                      :
------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/2020

DENISE COTE, District Judge:

On January 2, 2020, this Court entered an order of discontinuance upon being advised that the parties in the action had reached a settlement agreement. On January 31, plaintiff's counsel filed a letter seeking an extension of the discontinuance period. Accordingly it is hereby

ORDERED that the Clerk of Court shall reopen this case.

IT IS FURTHER ORDERED that the defendant shall answer or otherwise respond to the complaint by **February 21**.

IT IS FURTHER ORDERED that the initial pretrial conference is rescheduled to **February 28** at **3:30 p.m.**

Dated:   New York, New York
         February 3, 2020

                                    _____
                                              DENISE COTE
                                     United States District Judge